# EXHIBIT INDEX

| Number | Title |
|--------|-------|
| A | Declaration of Martha Koehler |
| 1 | JCPenney Application Profile |
| 2 | JCPenney Agreement |
| 3 | JCPenney Billing Statements |
| 4 | JCPenney Final Payment |
| 5 | Walmart Application Profile |
| 6 | Walmart Agreement |
| 7 | Walmart Billing Statements |
| 8 | Walmart Final Payment |
| 9 | AEO Application |
| 10 | AEO Agreement |
| 11 | AEO Billing Statements |
| 12 | AEO Final Payment |